NUMBER 13-11-00581-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

RISING STARS THERAPY CENTER, LLC,                                    Appellant,

v.

GILBERTO IRACHETA, AND MARIA IRACHETA
INDIVIDUALLY AND AS NEXT FRIEND OF
EMILY IRACHETA,                                                                   Appellees.

On Appeal from the 139th District Court
of Hidalgo County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

Appellant perfected an appeal from a judgment entered by the 139th District Court

of Hidalgo County, Texas in trial court cause number C-1446-11-C.   Appellant has now

filed an unopposed motion for remand in aid of settlement.   The Court, having examined

and fully considered the unopposed motion for remand, is of the opinion that the motion

should be granted. Accordingly, we GRANT the motion for remand in aid of settlement. We set aside the trial court's order for turnover relief without regard to the merits, and we remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). Pursuant to the agreement of the parties, costs will be taxed against the party incurring the same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the 25th
day of October, 2011.

2